PINHAS ZAHAVI, Respondent-Appellant, v JS BARKATS PLLC et al., Appellants-Respondents.

Submitted May 23, 2016; decided June 28, 2016

Motion by defendants for leave to appeal denied. Motion by plaintiff for leave to appeal dismissed upon the ground that he is not a party aggrieved within the meaning of CPLR 5511.